**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| COUMBA MAKALOU,<br><br>Plaintiff,<br><br>v.<br><br>ABCD & COMPANY, LLC,<br><br>Defendant. | Civil Action No. 25-1470-TDC |

# ORDER

For the reasons stated during the August 31, 2026 Case Management Conference, it is hereby ORDERED that:

1. Defendant is presently granted leave to file only the Motion for Leave to Amend the Answer proposed in ECF No. 77. Any such motion shall be filed by **Monday, September 14, 2026** and shall be no longer than five pages.
2. Plaintiff's memorandum in opposition to the Motion is due by **Monday, September 28, 2026** and shall be no longer than five pages.
3. Defendant's reply brief is due by **Monday, October 5, 2026** and shall be no longer than three pages.

Date: September 1, 2026

THEODORE D. CHUANG
United States District Judge