# SJS LAW FIRM

SHAVON J. SMITH (DC, MD & MI) 1775 I STREET, NW, SUITE 1150 · WASHINGTON, DC 20006 PHONE & FACSIMILE
(202) 505-5309
SJSMITH@THESJSLAWFIRM.COM WWW.THESJSLAWFIRM.COM

April 12, 2024

VIA ELECTRONIC FILING

U.S. Equal Employment Opportunity Commission
Baltimore Field Office
31 Hopkins Plaza, Suite 1432
Baltimore, MD 21201

RE: ***Response to Charge of Discrimination Coumba Y. Makalou v. ABCD and Company, LLC EEOC # 531-2024-01173***

---

## I. INTRODUCTION

ABCD & Company, LLC ("ABCD") is a marketing and advertising company operating in Rockville, Maryland. In addition to marketing, ABCD also provides event planning services to its clientele. Charging Party, Ms. Coumba Y. Makalou, served as the Senior Events and Experiences Planner for ABCD from May 22, 2023 until November 1, 2023. Ms. Makalou alleges that she was discharged due to discrimination based on her national origin (Mali) and religion (Christianity). Ms. Makalou's discharge is wholly independent of her national origin or religion; rather, she was terminated due to her poor performance.

### A. About ABCD & Company

ABCD is a black-owned, women-owned, and HBCU-led company which started as a consulting group before becoming a full-service marketing and events agency. All four owners of ABCD, including one owner who is in divinity school, identify as Christian as it is well-known in the workplace. Furthermore, ABCD's employees are diverse in background and faith—the company hires people from Armenia to varying regions of the United States, to those of Christian, Jewish, and other belief systems. The company works with a wide array of clients ranging from small entities to larger organizations with diverse workforces and missions. ABCD's clientele includes the African Diaspora Network, Comcast, National Civil Rights Museum, Deloitte, AARP, Association for Enterprise Opportunity, and Facebook. ABCD provides a variety of marketing services, including producing events and activations for its clients. To celebrate their hard work after each event, ABCD has a tradition of toasting at the conclusion of the event, and allows its employees to choose whether or not to toast with alcohol. At no point is any employee forced to

toast, to toast with alcohol or in any way consume alcohol. Ms. Keisha Devine serves as ABCD's Manager of People, Process and Culture. In her role, she handles all of the company's human resources needs and is at every employee's disposal as needed and required by her role, and responsible for processing any formal HR complaints.

### B. About Charging Party

Charging Party, Ms. Coumba Y. Makalou, was hired as the Senior Events and Experiences Planner for ABCD on May 22, 2023, subject to a 90-day probation period. Her role required her to plan and facilitate event logistics - such planning and facilitation included contract negotiation, venue scouting, preparation, event production, setup and breakdown, equipment logistics, security, catering, entertainment, decor, and marketing materials. She was also to proactively identify and solve operational challenges. Essentially, Ms. Makalou was in charge of overseeing events from their conception to post-event procedures. Ms. Makalou's 90-day evaluation was conducted by her supervisor, Mr. Jared Wilson. While Ms. Makalou narrowly passed her 90-day evaluation with a C on an A-D scale, she lacked many qualities needed for her role such as punctuality, leadership skills, event organization, project management and execution skills; all of which Mr. Wilson hoped would improve with time. At no point in time in her tenure with ABCD did she file any complaints of any kind with HR.

### C. Timeline of Events

1. May 22, 2023 - Ms. Makalou employment start date
2. June 14-16, 2023 - HU X PNC '23 National Conference Event
3. August 22, 2023 - Ms. Makalou's 90 day probationary review by supervisor, Jared Wilson
4. October 22-25, 2023 - NMSDC 2023 Conference & Exchange Event
5. October 25, 2023 - Complaints from co-workers about Ms. Makalou's poor work ethic
6. November 1, 2023 - Ms. Makalou fails to deliver event logistics files on upcoming Children's National Event to shared department folder in Google Drive as directed
7. November 1, 2023 - Ms. Makalou is terminated from ABCD
8. December 3-7, 2023 - ASHP Midyear 2023 Clinical Meeting & Exhibition Event (Children's National Event)
9. March 18-23, 2024 - African Diaspora Network Symposium Event

## II. CHARGING PARTY'S ALLEGATIONS

In her Charge of Discrimination, Charging Party alleges that: (1) Beginning on June 14, 2023 she had solely been assigned African clients because of her African heritage; (2) She had been pressured to cook African food because of her African heritage; (3) She was mocked for the way she spoke; (4) She was forced to drink alcohol in violation of her Christian religion although

her supervisor was aware of her religion; and (5) Despite her complaints to Human Resources, her complaints were disregarded.

As demonstrated below, each of Ms. Makalou's allegations against ABCD are false. ABCD did not terminate Ms. Makalou in violation of Title VII of the Civil Rights Act because her termination was not based on her performance and on her national origin or religion.

**(1) Beginning on June 14, 2023 she had solely been assigned African clients because of her African heritage.**

This is false. As shown in the Timeline of Events and Attached Exhibits, during her time at ABCD, Charging Party was staffed on four events which included only one African targeted event (African Diaspora Network Symposium). Many staff members worked on this event. The rest of the events Charging Party worked on were for various clients with different purposes. Therefore, the Charging Party's claims here are false and unsupported by any evidence that would even remotely prove her assertions.

**(2) She had been pressured to cook African food because of her African heritage.**

This is false. Charging Party was known to be an avid cook who would often speak about the African foods she prepared at home. The only instance where Charging Party's colleagues and supervisors mentioned her African food was to suggest that she brought some of her home cooked meals to an office-wide potluck if there ever was one – given that she spent a lot of time talking about the dishes she prepared. This was simply the type of conversation that goes on in many offices where co-workers discuss hobbies and benign facts about their personal life. These suggestions were in no way pressure tactics and outside of the office potluck context, would be strange to discuss in the workplace since Charging Party's duties as Senior Events and Experiences Planner did not include cooking.

**(3) She was mocked for the way she spoke.**

This is false. As a company, ABCD is incredibly diverse and prides itself on being able to cater to its diverse clientele and by extension, those of the organizations it works with. ABCD recognizes that its services reach people from all regions of the world. As such, the company's employees would not make disparaging remarks about the way anyone speaks, especially one its own employees. ABCD had no problem with the way Charging Party spoke when it hired her and that remains the same. There is no instance of anyone mocking the way she spoke, nor did she ever formally or informally complain of the same.

**(4) She was forced to drink alcohol in violation of her Christian religion although her supervisor was aware of her religion.**

This is false. As stated above, ABCD had a tradition of toasting after working on successful events. However, the company did not coerce any employees to participate in the toast; neither were those who participated forced to toast with champagne or any other alcoholic beverage. Employees could choose to not toast; they could also choose to toast with water or non-alcoholic beverages. Charging Party was aware of this and yet chose to toast with champagne. Consequently, she was not forced to drink alcohol. With all four owners of ABCD being Christians (and vocal about their faith) and understanding that each denomination has varying beliefs about alcohol intake, it is even more incredible that Charging Party would make such a claim.

**(5) Despite her complaints to Human Resources, her complaints were disregarded.**

This is false. The Human Resources Coordinator, Ms. Keisha Devine, is readily available to ABCD's employees and interacts with them regularly. Although Charging Party alleges that she made a complaint to Human Resources, there is no evidence of an HR report from Charging Party regarding the treatment she allegedly received at ABCD.

## III. RESPONDENT'S POSITION

Charging Party was subject to a 90-day probationary period when she accepted the offer to serve as ABCD's Senior Events and Experiences Planner. During her 90-day evaluation in August 2023, her supervisor, Jared Wilson, noted that she was late to several meetings, frequently missed deadlines and overlooked tasks, lacked initiative and project management skills, and needed to master project execution. Nonetheless, Charging Party passed her probationary period with a C and her supervisor expected growth in her punctuality, leadership, project management, and organization and communication skills. In the months that followed however, Charging Party's colleagues made several complaints about her lack of teamwork, unwillingness to assist in shared workload, and incompetent event management. Notably, Ms. Makalou, who was staffed on the ASHP Midyear Event (Children's National), failed to follow protocol in executing her role as Senior Events and Experiences Planner throughout her term and specifically on November 1, 2023. For this event, ABCD was hired to create, design, procure, and manage booths for Children's National. As a member of the Conference, Events & Experiences Team, Ms. Makalou's responsibility was to ensure that all logistical files which she worked on would be made available in the shared Team folder in the company's Google Drive. This protocol guaranteed efficiency in event planning and execution since it would allow fellow team members to work on tasks in cases where one team member was unable to complete a task due to sickness, vacation, etc. On this occasion, Ms. Makalou's failure to both complete this work and deliver these files as directed left

many questions unanswered regarding the size, purpose and functionality of the booths—the very reason for which ABCD was hired. Ms. Makalou's shortcomings did not only affect ABCD's ability to deliver timely and well-planned events to customers, but also negatively affected the team's morale. Following subsequent client complaints and unsuccessful attempts at coaching, Charging Party was terminated due to her poor performance and work ethic.

Title VII of the Civil Rights Act of 1964 prohibits employment discrimination based on race, color, religion, sex, or national origin. ABCD did not in any way discriminate against Charging Party during her time as an employee. Additionally, ABCD did not base its decision to terminate Charging Party on either her religion or her national origin. Therefore, Charging Party's allegations are unfounded.

ABCD is a diverse small business. It currently employs 22 employees, many of whom are diverse in their backgrounds and faiths. ABCD has never been subject to an EEOC complaint or any type of formal complaint concerning discrimination. Charging Party's statements are unfounded.

**<u>List of Exhibits</u>**

(1) ABCD's Offer Letter to Ms. Makalou
(2) Jared Wilson's 90-day evaluation of Ms. Makalou's performance
(3) Spreadsheets for events Ms. Makalou was staffed on
(4) Text message complaints from Ms. Makalou's colleagues about her performance