THOMASLAW
P: 703.957.2577
mthomas@thomaslawplc.com

September 25, 2026

**FOR FILING VIA CM/ECF**

The Honorable Ajmel A. Quereshi
United States Magistrate Judge
U.S. District Court for the District of Maryland
Greenbelt Division

**Re: Coumba Makalou v. ABCD & Company, LLC, 8:25-cv-01470-TDC**

Dear Judge Quereshi:

Pursuant to the Court's September 9, 2026, Order, Defendant ABCD & Company, LLC submits its previously served Responses and Objections to Plaintiff's First Requests for Production, attached as **Exhibit 1**, and its previously served August 14, 2026, Response to Plaintiff's Discovery Deficiency Notice ("Response"), attached as **Exhibit 2**.[1] As reflected in the Response, at that time Defendant had engaged an electronic-discovery vendor, collected and processed ESI from relevant custodians and data sources, and was reviewing potentially responsive documents for supplemental production. That review has now been completed. On September 8, 2026, Defendant made its third production of documents, consisting of the supplemental ESI production. On September 9, 2026, Defendant reissued that production solely to correct an error in the Bates numbering. The corrected production bears Bates Nos. ABCD-000386 through ABCD-003614. No substantive changes were made to the documents produced.

During the September 9 discovery conference, the Court inquired whether Defendant had provided Plaintiff with the identities of the custodians and search terms utilized in Defendant's ESI review. Defendant advised that it had not but was willing to provide that information. Although the Court's September 9 Order does not expressly require Defendant to provide that information, Defendant attaches as **Exhibit 3** the information supplied by its e-discovery vendor identifying the custodians and search terms utilized in the ESI review, together with the metadata fields included in connection with the production. Defendant provides this information in good faith to facilitate an informed Settlement Conference and, hopefully, the resolution of this matter. Defendant's voluntary disclosure of this information is not intended to expand the alleged deficiencies presently before the Court beyond those identified in Plaintiff's July 27, 2026 deficiency notice.

Sincerely,

*D. Margeaux Thomas*

D. Margeaux Thomas, Esq.

[1] As of the date of this filing, Plaintiff has not filed her First Set of Requests for Production or July 27, 2026, deficiency list as directed by the Court's September 9, 2026, Order. Defendant nevertheless submits the materials required by that Order by the September 28, 2026, deadline.

THOMASLAW
P: 703.957.2577
mthomas@thomaslawplc.com

Encl.: Exhibits 1-3
CC: Plaintiff (By ECF Filing)