THOMASLAW
P: 703.957.2577
mthomas@thomaslawplc.com

August 14, 2026

**VIA E-MAIL TO COUMBAM@GMAIL.COM:**

Coumba Makalou

**Re: Makalou v. ABCD & Company, LLC, Case No. 8:25-cv-01470-TDC**
**Defendant's Response to Plaintiff's July 24, 2026, Discovery Deficiency Notice**

Dear Ms. Makalou:

Defendant responds to Plaintiff's July 24, 2026, Notice of Discovery Deficiencies. Defendant has conducted additional inquiry and review concerning the specific deficiencies identified in Plaintiff's Notice and is serving a supplemental production concurrently with this response. Defendant disagrees with Plaintiff's characterization of certain prior responses and objections and with Plaintiff's attempt in several instances to expand the scope of her original Requests for Production through the deficiency process. Defendant responds to the specific deficiencies identified in Plaintiff's Notice as follows:

**RFP Nos. 1 and 13 – Policies and Training Materials (Plaintiff's Deficiency No. 1)**

Defendant previously produced its Employee Handbook and stated in its discovery responses that it did not locate any additional documents responsive to these Requests. Defendant conducted an additional reasonable inquiry and has not located additional documents responsive to these Requests.

**RFP No. 2 – Complaints Against Identified Supervisors (Plaintiff's Deficiency Nos. 2 and 5)**

Defendant previously stated in its discovery responses that it was not aware of any complaints of discrimination, harassment, retaliation, or hostile work environment against the supervisors identified in RFP No. 2 during the relevant period. Following additional reasonable inquiry, Defendant remains unaware of any such complaints, and no responsive complaint records have been located.

**RFP No. 3 – Plaintiff's Personnel File (Plaintiff's Deficiency No. 6)**

Defendant previously produced Plaintiff's personnel records, including her performance evaluation and employment documents. Defendant conducted an additional reasonable inquiry regarding the draft evaluations, scoring notes, and other records referenced in Plaintiff's Notice. Plaintiff's supervisor, Jared Wilson, who completed Plaintiff's performance evaluation, confirmed that he did not create or maintain separate notes concerning Plaintiff's "C" rating, and Defendant has not located any additional draft evaluations or scoring notes. Defendant's ongoing ESI review includes a search for potentially responsive communications, and Defendant will

THOMASLAW
P: 703.957.2577
mthomas@thomaslawplc.com

supplement its production with responsive, nonprivileged communications identified through that review.

**RFP Nos. 5, 5A and 5B – Communications (Plaintiff's Deficiency Nos. 2, 3, 4, 5, 6, and 9)**

Defendant has undertaken an additional search and collection of communications responsive to these Requests, including but not limited to, communications concerning Plaintiff's performance and termination and the specific incidents identified in RFP No. 5B. Defendant has engaged an electronic discovery vendor to process and facilitate review of potentially responsive ESI from relevant custodians and data sources. The ESI has been collected and processed, and review of the potentially responsive documents is ongoing. Defendant will supplement its production with responsive, nonprivileged ESI identified through that review.

**RFP No. 7 – Termination Decision (Plaintiff's Deficiency No. 6)**

Defendant conducted an additional reasonable inquiry concerning Plaintiff's termination and records relating to the termination decision. Defendant has not located separate notes or other records memorializing the termination decision. Defendant's ongoing ESI review includes a search for communications concerning Plaintiff's termination. Defendant will supplement its production with any responsive, nonprivileged documents identified through that review.

**RFP Nos. 4 and 10 – Comparator Records (Plaintiff's Deficiency No. 7)**

Following entry of the Protective Order, Defendant obtained and reviewed additional records concerning the comparator employees identified in Plaintiff's Requests. Defendant is producing responsive employment, performance, compensation, and other comparator records located through that review. Defendant's prior objections to the scope and relevance of comparator discovery are preserved.

**RFP Nos. 9, 10 and 11 – Event Assignments and Project Records (Plaintiff's Deficiency No. 8)**

Defendant is supplementing its production with MOCHA charts reflecting the event assignments of Plaintiff and the identified comparator employees during the relevant period. Defendant's objections to any broader interpretation of these Requests are preserved. Defendant is also supplementing its production with responsive contracts, statements of work, project planning records, and other responsive materials concerning the specific projects identified in Plaintiff's Notice. Defendant's ongoing ESI review also includes searches concerning the specific events and incidents identified in Plaintiff's Requests, and Defendant will supplement its production with responsive, nonprivileged ESI identified through that review.

THOMASLAW

P: 703.957.2577
mthomas@thomaslawplc.com

Sincerely,

D. Margeaux Thomas

D. Margeaux Thomas, Esq.

Encl.: Supplement Document Production