**Search Terms**

("African Diaspora" OR diaspora) AND ("Makalou" OR "Coumba" OR event OR assignment)
(guinea pig)
Children's National OR "Children's National Hospital"
"not a real event"
(Childrens National fake)~20 OR (Childrens National not real) ~20
(vegan OR "vegan festival") AND (Tiesha OR Cole OR Makalou OR Coumba)
(vegan OR "vegan festival") AND (reassign OR reassigned OR assignment OR opportunity)
better fit OR "in tune with the culture"
(African food)~5 OR (African cook)~5
(French accent) OR (formal English)
(accent OR French OR English) AND ("Makalou" OR "Coumba")
United Nations AND ("Makalou" OR "Coumba")
(egg steal)~5 OR (egg theft)~5 OR (egg take)~5
(egg Makalou)~10 OR (egg Coumba)~10
(glasses OR eyeglasses) AND (Corey OR Briscoe)
(glasses remove)~10 OR (glasses take)~10 OR (glasses grab)~10 OR (eyeglasses remove)~10 OR (eyeglasses take)~10 OR (eyeglasses grab)~10
(sticker shoe)~10
(sticker Durecia)~20 OR (sticker Moorer)~20 OR (sticker Coumba)~20 OR (sticker Makalou)~20
("Makalou" OR "Coumba") AND (terminate OR termination OR terminated OR fire OR fired OR firing OR dismiss OR dismissed)
("Makalou" OR "Coumba") AND ("last day" OR "end employment" OR "employment ending" OR separation OR "let go")
(Jared OR Wilson) AND (alcohol OR drink)
(NMSDC OR (alcohol initiation) OR initiation) AND (alcohol OR drink)
(Coumba alcohol)~20 OR (Coumba drink)~20 OR (Coumba refusal)~20 OR (Coumba initiation ceremony)~20 OR (Makalou alcohol)~20 OR (Makalou drink)~20 OR (Makalou refusal)~20 OR (Makalou initiation ceremony)~20
(glass AND lips) OR (alcohol initiation)
(NMSDC alcohol)~20 OR (NMSDC drink)~20 OR (NMSDC initiation ceremony)~20
(Keisha prayer)~20 OR (Devine prayer)~20
(Makalou OR Coumba) AND prayer
(Keisha OR Devine) AND (Makalou OR Coumba) AND (complaint OR investigate OR report OR harassment OR discrimination OR retaliation)

**Custodians**

Jared Wilson
Corey Briscoe
Durecia Moorer
Brittanye Briscoe
Tiesha Cole
Amber Dozier
Kayla Hicks
Guido Cialbella
Keisha Devine

| Field | Description / What the Field Represents |
|---|---|
| **COMPANIES** | Company or organization information identified or associated with the document, if available from the source data or processing. |
| **PHYSICALMEDIA** | Identifies the physical or source media from which the data was collected or processed, such as a hard drive, computer, mobile device, or other collection source. |
| **VOLUMENAME** | Name or identifier assigned to the source volume or data set containing the document. |
| **CUSTODIAN** | Person or data source from whom the document was collected. For example, the owner of an email account or device. |
| **TIMEZONE** | Time zone applied to date and time values during processing. Important when interpreting sent, received, created, or modified times. |
| **SPEC#** | Processing or production-specific identifier associated with the document or data set. Its precise use depends on the processing platform or production specifications. |
| **HASHMD5** | MD5 hash value—a digital fingerprint calculated from the file's contents. Identical files ordinarily have identical MD5 values and the value is commonly used for identification and deduplication. |
| **HASHSHA** | SHA hash value—another cryptographic digital fingerprint calculated from the file's contents and used to identify and compare files. |
| **SEARCHVALUES** | Search term or search value associated with the document, typically identifying the search criteria that caused the document to be included in a result set. |
| **BEGDOC#** | Beginning Bates number assigned to the document. |
| **ENDDOC#** | Ending Bates number assigned to the document. For a multi-page document, this identifies the Bates number of its final page. |
| **DOCID** | Unique database or processing identifier assigned to the document. |
| **NUMPAGES** | Number of pages associated with the document. |
| **PARENTID** | Identifier of the parent document. Most commonly used to connect an attachment to the email or other document to which it was attached. |
| **ATTACHMENTIDS** | Identifier(s) for documents that are attachments or children of the document. |
| **FAMILYRANGE** | Identifies the complete document family, typically from the first Bates number of the parent through the last Bates number of its final attachment. |
| **EPROPERTIES** | Electronic properties or additional metadata associated with the electronic document. The particular information contained here depends on the source file and processing system. |
| **FOLDERLABEL** | Folder or mailbox location associated with the item in the source data—for example, Inbox, Sent Items, or another source folder. |
| **FROM** | Sender of an email or electronic communication. |
| **TO** | Primary recipient(s) of an email or electronic communication. |
| **CC** | Recipient(s) copied on an email or electronic communication. |
| **BCC** | Blind-copy recipient(s), if that information exists in the collected source data. |
| **SUBJECT** | Subject line of an email or electronic communication. |
| **DATE_HC** | Date value used for processing, sorting, or other system purposes. The precise definition can be platform/workflow-specific and should be confirmed against the production specification. |
| **DOCDATE** | Primary date assigned to the document for purposes of the review database. Depending on document type, this may derive from sent date, created date, modified date, or another appropriate source date. |

| | |
|---|---|
| **DATECREATED** | Date on which the electronic file was created, according to available file-system or embedded metadata. |
| **DATESENT** | Date an email or electronic communication was sent. |
| **TIMESENT** | Time an email or electronic communication was sent. |
| **DATERECEIVED** | Date an email or electronic communication was received. |
| **TIMERECEIVED** | Time an email or electronic communication was received. |
| **HEADER** | Internet/email header information associated with an email. Headers can contain routing information, sender and recipient data, timestamps, server information, message identifiers, and other technical information. |
| **INTERNETMSGID** | Internet Message-ID assigned to an email. It is generally intended to uniquely identify a particular email message. |
| **MESSAGEID** | Message identifier associated with the email or communication in the source or processing system. |
| **INREPLYTOID** | Identifier referencing the earlier message to which an email was sent in reply. It can assist in reconstructing email threads. |
| **CONVERSATIONINDEX** | Messaging-system value used to associate related messages with an email conversation or thread. Commonly associated with Microsoft/Exchange email. |
| **IMPORTANCE** | Importance or priority designation associated with the message, such as Low, Normal, or High. |
| **DELIVRECEIPT** | Indicates whether a delivery receipt was requested for an email. |
| **READRECEIPT** | Indicates whether a read receipt was requested for an email. |
| **SENSITIVITY** | Sensitivity designation stored with the item, such as Normal, Personal, Private, or Confidential, where available. |
| **REVISION** | Revision information or revision number contained in the document's metadata, where supported by the source file format. |
| **DATE_SAVED** | Date the document was last saved or modified, where that information is available from the source or embedded metadata. |
| **DATEPRINTED** | Date the document was last printed, if that information is recorded in the document's embedded metadata. |
| **EORGANIZATION** | Organization/company information contained in the electronic document's embedded metadata. |
| **EAUTHOR** | Author information stored in the electronic document's embedded metadata. |
| **LAST AUTHOR** | Identity recorded in the document metadata as the person who last saved or modified the document, where available. |
| **ESUBJECT** | Subject property stored within the electronic document's embedded metadata, as distinguished from an email subject line. |
| **FILESIZE** | Size of the electronic file, generally measured in bytes. |
| **FILENAME** | Original or collected name of the electronic file, including or excluding the extension depending on the processing system. |
| **APPLICATION** | Application associated with or identified as having created the document, where available—for example, Microsoft Word or Excel. |
| **FILEEXTENSION** | File-type extension, such as .pdf, .docx, .xlsx, .jpg, or .msg. |
| **FILEPATH** | Original or collected folder/path location of the file within the source data, where preserved and available. |
| **DOCLINK** | Link or database reference used to access or identify the document within the review or production system. This is generally a system-generated value rather than original document metadata. |
| **DATEAPPTSTART** | Start date of a calendar appointment or meeting. |

| | |
|---|---|
| **TIMEAPPTSTART** | Start time of a calendar appointment or meeting. |
| **DATEAPPTEND** | End date of a calendar appointment or meeting. |
| **TIMEAPPTEND** | End time of a calendar appointment or meeting. |